UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re<br>**JAMES CONNORS**<br><br>**Debtor** | **CASE NO. 20-12860**<br>**CHAPTER 7** |

## MOTION FOR REFUND OF FILING FEE

The undersigned filed a Motion to Reopen debtor's bankruptcy on April 26, 2021 and August 19, 2021[1] in order to file an adversary proceeding to challenge the non-dischargeability of debtor's student loans under 11 U.S.C. § 523(a)(8). According to Rule 4007(b), "A case may be reopened without payment of an additional filing fee for the purpose of filing a complaint to obtain a determination under this rule." Maryland's ECF system does not allow a bypass for the filing fee.[2] As such, the filing fee of $260 was paid for each motion filed. The motions were granted, the adversary complaint was filed and served. The undersigned respectfully requests that the Court refund the $520 filing fees.

Dated October 5, 2021

                                               Respectfully Submitted,
                                               JAMES CONNORS
                                               By his attorneys,

                                               /s/Joshua Cohen
                                               Joshua Cohen, pro hac vice
                                               Cohen Consumer Law, PLLC

---

[1] Though the April motion was granted, the undersigned was unable to file the AP within the Court's deadline.

[2] The undersigned understands that the creation and maintenance of the ECF system is no small feat. However, a review of Vermont's and the Northern District of Illinois' ECF system may be of interest as their systems allow for the bypass of a filing fee for such motions.

PO Box 1040
St. Albans, VT 05478
Tel: 802-380-8887
Fax: 860-233-0339
jcohen@thestudentloanlawyer.com