Entered: May 20th, 2022
Signed: May 20th, 2022

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| **In re** <br> **JAMES CONNORS** | **CASE NO. 20-12860** <br> **CHAPTER 7** |
| **Debtor** | |

**ORDER FOR**
**DEBTORS' MOTION TO MODIFY ORDER**

Having considered Debtor's Motion to Modify Order [Docket No. 46], the Court duly Modifies the Order granting a refund of fees [Docket No. 44] to direct payment to debtor's law firm: Cohen Consumer Law. Cohen Consumer Law is directed to file a W-9, if not yet already filed.

**END OF ORDER**

1